**Order filed January 25, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00478-CV
_____

**OLUBUNMI AJANAKU AND OLUKAYODE AJANAKU, Appellants**

**V.**

**MARDAN DADASHEV, Appellee**

---

**On Appeal from County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-062210**

---

## ORDER

This court has notified the parties that it appears the record before this court does not contain a final judgment. On January 5, 2022, a supplemental clerk's record was filed containing a settlement agreement. On January 18, 2022, a letter was filed by appellee informing this court that the appeal has been resolved by an attached settlement agreement.

The parties have not filed a motion to dismiss the appeal or other dispositive motion. *See* Tex. R. App. P. 42.1. The appeal will be dismissed for lack of

jurisdiction unless any party files a response on or before February 4, 2022, showing meritorious grounds for continuing the appeal.

PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Poissant.